Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 15 AM 9: 33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2149

Magistrate Case Number: _____

The person charged as __DIOS-Samaniego, Alfredo De__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ with __Title 18 Section 3583(e)(3)__, in violation of __Supervised Release__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 7/15/08

_____
Don Allie
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: July 15, 2008

_____
Assistant United States Attorney

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SACR04-00149-DOC |
| vs. | |
| ALFREDO DE DIOS-SAMANIEGO | |
| Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   ALFREDO DE DIOS-SAMANIEGO

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   [x] Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18     United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | DEC 28 2005 — Santa Ana CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| SIGNATURE OF DEPUTY CLERK  KRISTEE HOPKINS | BY: DAVID O. CARTER |
| | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. ALFREDO DE DIOS-SAMANIEGO

Docket No. SACR04-00149-DOC


FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 2 7 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ALFREDO DE DIOS-SAMANIEGO who was placed on supervision by the Honorable DAVID O. CARTER sitting in the Court at Santa Ana, California, on the 4th day of February, 2005 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If more than one allegation use second page.)

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

Having been ordered by the Court to comply with the rules and regulations of the Bureau of Customs and Immigration Enforcement, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally, and having been deported from the United States to Mexico on September 15, 2005, Alfredo De Dios-Samaniego, on or about November 22, 2005, illegally reentered the United States, as evidenced by his apprehension by United States Border Protection officers at the Port of Entry at San Ysidro, California, on November 22, 2005.

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Alfredo De Dios-Samaniego before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 27 day of December, 2005 and ordered filed and made a part of the records in the above case. /s/ David O. Carter
_____
United States District Judge
DAVID O. CARTER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 21, 2005

/s/ Michael Dempsey
_____
MICHAEL DEMPSEY
U. S. Probation Officer

Place Santa Ana, California