**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs.   Alfredo De Dios-Samaniego          No.   08mj2149-POR

HON.   Louisa S. Porter          Tape No.   POR08-1:15:55- 16:01

Asst. U.S. Attorney   George Manahan, AUSA          PTSO   N/A

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Sylvia Baiz, S/A |  | Apt | Ret | for De Dios-Samaniego | (1) | (C) |
|  |  |  | Apt | Ret | for | ( ) | ( ) |
|  |  |  | Apt | Ret | for | ( ) | ( ) |
|  |  |  | Apt | Ret | for | ( ) | ( ) |
|  |  |  | Apt | Ret | for | ( ) | ( ) |
|  |  |  | Apt | Ret | for | ( ) | ( ) |

____ Apt for Material Witness(es)

PROCEEDINGS:   ____ In Chambers   X In Court   ____ By Telephone

- Defendant waives Id/Removal Hearing.
- Waiver of Id/Removal Hearing filed.
- Defendant ordered removed to the Central District of CA forthwith.
- Defendant waives detention hearing pending detention hearing in the Central District of CA and reserves his right to a Detention Hearing in the Central District of CA.
- Defendant ordered detained pending a Detention hearing in the Central District of CA.

Date   07/29/08                                             R. F. Messig
                                                            Deputy's Initials