UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALFREDO DE DIOS-SAMANIEGO

Magistrate Case No. 08MJ2149

WAIVER OF HEARING
(Probation/Supervised Release Violation)

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

To: United States Marshal

I, **ALFREDO DE DIOS-SAMANIEGO**, charged in a proceeding pending in the Central District of California, with violating conditions of supervised release, in violation of Title 18, United States Code, Section 3583(e)(3), and having been arrested in the Southern District of California, and taken before the Honorable Louisa S. Porter, United States Magistrate Judge for that district, who informed me of:

1. The alleged violation(s) committed by me (including written notice thereof prior to any revocation hearing);

2. My right to retain counsel or to request the appointment of counsel if I cannot obtain counsel;

3. My right to a preliminary hearing to determine whether there is probable cause to believe that a violation occurred, including my right to appear at the preliminary hearing, present evidence, and possibly question any adverse witness;

4. My right to a revocation hearing, upon a finding of probable cause, where I can appear, present evidence, and possibly question any adverse witness; and

5. My right to execute a waiver thereof.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A:

[X]  identity hearing

[ ]  preliminary hearing

[ ]  revocation hearing in the district having jurisdiction

pursuant to Federal Rule of Criminal Procedure 32.1, and consent to the issuance of a warrant for my removal to the Central District of California, where the aforesaid charge (alleged violation) is pending against me.

DATED: 7/27/08, 2008.

ALFREDO DE DIOS-SAMANIEGO
Signature of Defendant

Counsel for Defendant

COC/tlp/July 25, 2008/Rev 12/02